

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE D. SIMS,<br>   a.k.a. Dre,<br><br>Defendant. | Case: 4:22-cr-20154<br>Judge: Davis, Stephanie Dawkins<br>MJ: Ivy, Curtis<br>Filed: 03-16-2022<br>INDI USA v. Andre Sims (tt)<br><br>Violations:<br>18 U.S.C. § 1958(a)<br>18 U.S.C. § 2<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 922(g)(1) |

### INDICTMENT



**THE GRAND JURY CHARGES:**

## COUNT ONE
### CONSPIRACY TO COMMIT MURDER-FOR-HIRE RESULTING IN PERSONAL INJURY
### 18 U.S.C. § 1958(a)

**General Allegations**

At all times material to this indictment:

1. ANDRE D. SIMS, also known as "Dre," was a resident of Grand Rapids, Michigan.

2. Victim-1 was a resident of Sterling Heights, Michigan.

## The Conspiracy

3. Sometime in November of 2020, and continuing until on or about November 28, 2020, in the Eastern District of Michigan and elsewhere, ANDRE D. SIMS, Unindicted Co-Conspirator-1 (UCC-1) and others known and unknown to the grand jury, knowingly and voluntarily combined, conspired, confederated, and agreed together and with each other to use and cause another to use facilities of interstate commerce, including cellular telephones and motor vehicles, with the intent that a murder be committed in violation of the laws of the State of Michigan as consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, that is, United States currency, whereby ANDRE D. SIMS shot Victim-1 resulting in personal injury to Victim-1, in violation of Title 18, United States Code, Section 1958(a).

## Object of the Conspiracy

4. The object of the conspiracy was to murder Victim-1 as consideration for the receipt of, and as consideration for the promise and agreement to pay, United States currency.

## Manner and Means of the Conspiracy

5. It was part of the conspiracy that UCC-1 solicited ANDRE D. SIMS to murder Victim-1 in consideration for UCC-1's agreement and promise to pay SIMS $10,000.

6. It was further part of the conspiracy that UCC-1 and ANDRE D. SIMS used cellular telephones to communicate with each other and others in order to facilitate the murder of Victim-1.

7. It was further part of the conspiracy that UCC-1 and ANDRE D. SIMS used motor vehicles to facilitate SIMS' travel to and from Sterling Heights, Michigan where SIMS would attempt to kill Victim-1.

## Overt Acts of the Conspiracy

8. In furtherance of the conspiracy, and to affect the objects thereof, UCC-1, ANDRE D. SIMS, and others committed the following overt acts, among others, in the Eastern District of Michigan and elsewhere:

    a. On November 27, 2020, at approximately 6:21 a.m., UCC-1 rented a 2019 Dodge Ram 2500 pickup truck from the Hertz Rental company located at the Detroit Metropolitan Airport in Romulus, Michigan.

    b. On November 27, 2020, at approximately 6:10 p.m., UCC-1 sent SIMS a text message directing SIMS to travel to Flint, Michigan and to arrive

that same day. SIMS, who was in Grand Rapids, Michigan, responded that he was about to make his way to Flint.

    c.    On November 27, 2020, at approximately 6:20 p.m., SIMS sent Individual-1 a text message requesting a ride to Flint in exchange for gas and money. SIMS texted Individual-1 that if SIMS gets to Flint, SIMS will be coming back with "10bands." SIMS also instructed Individual-1 to delete the message after reading it.

    d.    On November 27, 2020, at approximately 8:30 p.m., UCC-1 sent SIMS a text message inquiring about his arrival time. At approximately 10:07 p.m., SIMS responded that he was about an hour away.

    e.    On November 27, 2020, at approximately 11:00 p.m., SIMS arrived in Flint. At approximately 11:01 p.m., SIMS placed a phone call to UCC-1. At approximately 11:18 p.m., UCC-1's cellular telephone transmitted with cellular towers in Flint. At that time, UCC-1 called Individual-2, the registered owner of a 2006 Chevrolet Colorado pickup truck.

    f.    On November 28, 2020, at approximately 12:08 a.m. and 12:11 a.m., SIMS' cellular telephone transmitted with a cellular tower approximately 0.3 miles away from Victim-1's address in Sterling Heights, Michigan.

g. On November 28, 2020, at approximately 1:20 a.m., SIMS stored Victim-1's address in the Notes application of his cellular telephone.

h. On November 28, 2020, at approximately 2:34 a.m., SIMS sent a text message to Individual-3 that contained a location corresponding to an address just several hundred feet from Victim-1's residence. Individual-3 responded at approximately 2:59 a.m., sending SIMS a text message that contained a location corresponding to Individual-3's address in Detroit. SIMS returned Individual-3 a text message, at approximately 3:02 a.m., telling Individual-3 that he was on his way.

i. On November 28, 2020, at approximately 3:50 a.m., UCC-1 sent SIMS a text message containing the address of the Sterling Landings apartment complex in Sterling Heights, Michigan where UCC-1 and SIMS planned to rendezvous after the murder.

j. During the early morning of November 28, 2020, UCC-1 went to the Sterling Landings apartment complex in Sterling Heights, where he stayed for several hours.

k. On November 28, 2020, at approximately 4:38 a.m., SIMS stored directions from Individual-3's address in Detroit to Victim-1's address in Sterling Heights in his cellular telephone.

5

l. On November 28, 2020, at approximately 5:05 a.m., SIMS arrived at Victim-1's residence in Sterling Heights in the 2006 Chevrolet Colorado pickup truck, referenced above in paragraph 8.e. SIMS backed the Chevrolet Colorado pickup truck into a parking spot immediately across the street from Victim-1's front door.

m. On November 28, 2020, at approximately 11:18 a.m., Victim-1 departed her residence and entered her vehicle. SIMS approached Victim-1's vehicle and fired approximately seven to eight gunshots at the vehicle striking Victim-1 approximately three times.

n. On November 28, 2020, immediately after SIMS shot Victim-1, SIMS drove the 2006 Chevrolet Colorado pickup truck to the Sterling Landings apartment complex where SIMS and UCC-1 had planned to meet.

o. On November 28, 2020, at approximately 11:31 a.m., SIMS parked the 2006 Chevrolet Colorado pickup truck into a parking space at Building 9 of the Sterling Landings apartment complex.

p. On November 28, 2020, at approximately 11:34 a.m., SIMS sent UCC-1 a text message containing SIMS' precise location at the Sterling Landings apartment complex.

q. On November 28, 2020, at approximately 11:40 a.m., SIMS made an outgoing call to UCC-1.

r. On November 28, 2020, at approximately 11:47 a.m., UCC-1 arrived at the Sterling Landings apartment complex in the 2019 Dodge Ram 2500 pickup truck, described above in paragraph 8.a., and picked up SIMS. SIMS left the 2006 Chevrolet Colorado pickup truck at the Sterling Landings apartment complex.

s. On November 28, 2020, after picking SIMS up at the Sterling Landings apartment complex, UCC-1 drove SIMS away from the rendezvous location.

t. On November 28, 2020, at approximately 2:26 p.m., SIMS purchased a one-way bus ticket with Indian Trails/Greyhound from Detroit to Grand Rapids.

u. On November 28, 2020, at approximately 8:02 p.m., UCC-1 returned the 2019 Dodge Ram 2500 pickup truck to the Hertz Rental company at the Detroit Metropolitan Airport.

v. On November 29, 2020, SIMS took an Indian Trails/Greyhound bus from Detroit to Grand Rapids.

  w. On November 30, 2020, UCC-1 sent SIMS a text message agreeing to pay SIMS $2,500 for SIMS' attempt to kill Victim-1.

  x. On December 1, 2020, at approximately 3:13 p.m., SIMS received a text message from Individual-3. The text message contained a tweet from the Twitter account "Metro Detroit Crime" with the Twitter handle "@CrimeInTheD." The tweet contained a link to video surveillance footage from Victim-1's residence showing SIMS shooting Victim-1.

  y. On or about December 19, 2020, UCC-1 instructed Indiviudal-4 to send SIMS $300 via CashApp as consideration for SIMS' attempt to kill Victim-1.

  z. On December 21, 2020, at approximately 12:04 p.m., SIMS sent UCC-1 a text message confirming receipt of the $300 payment.

All in violation of Title 18, United States Code, Section 1958(a).

## COUNT TWO
### MURDER-FOR-HIRE
### RESULTING IN PERSONAL INJURY
### 18 U.S.C. §§ 1958(a) AND 2

On or about November 28, 2020, in the Eastern District of Michigan, ANDRE D. SIMS and UCC-1, aided and abetted by each other, used and caused another to use facilities of interstate commerce, including cellular telephones and motor vehicles, with the intent that a murder be committed in violation of the laws of the

State of Michigan as consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, that is, United States currency, whereby ANDRE D. SIMS shot Victime-1 resulting in personal injury to Victim-1, in violation of Title 18, United States Code, Section 1958(a) and 2.

## COUNT THREE
### USING, CARRYING, BRANDISHING, AND DISCHARGING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### 18 U.S.C. §§ 924(c)(1)(A)

On or about November 28, 2020, in the Eastern District of Michigan, ANDRE D. SIMS knowingly used, carried, brandished, and discharged a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, murder-for-hire resulting in personal injury, as alleged in Count Two of the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR
### FELON IN POSSESSION OF AMMUNITION
### 18 U.S.C. § 922(g)(1)

On or about November 28, 2020, in the Eastern District of Michigan, ANDRE D. SIMS, knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is, seven rounds of .40 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense(s) charged in this Indictment, ANDRE D. SIMS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including.

**THIS IS A TRUE BILL.**

s/ GRAND JURY FOREPERSON

Dated: March 16, 2022

DAWN N. ISON
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE, P61148
Assistant United States Attorney
Chief – Branch Offices
600 Church Street, Ste. 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov

s/JULES M. DePORRE
JULES M. DePORRE, P73999
Assistant United States Attorney
600 Church Street, Ste. 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
jules.deporre@usdoj.gov

s/TIMOTHY M. TURKELSON
TIMOTHY M. TURKELSON, P53748
Assistant United States Attorney
600 Church Street, Ste. 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
timothy.turkelson@usdoj.gov

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Case: 4:22-cr-20154<br>Judge: Davis, Stephanie Dawkins<br>MJ: Ivy, Curtis |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complet | | Filed: 03-16-2022<br>INDI USA v. Andre Sims (tt) |

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes  ☑ No | AUSA's Initials: AV/JD/TT |

**Case Title:** USA v. ANDRE D. SIMS

**County where offense occurred :** Genesee County and others

**Check One:**  ☑ Felony     ☐ Misdemeanor     ☐ Petty

    **X** Indictment/_____Information --- **no** prior complaint.
    _____Indictment/_____Information --- based upon prior complaint [Case number: _____]
    _____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 16, 2022
    Date

s/ANTHONY P. VANCE
Anthony P. Vance
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Anthony.Vance@usdoj.gov
61148

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013