UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANDRE D. SIMS,
   a.k.a. Dre,

        Defendant.

CASE NO: 22-CR-20154

HON. STEPHANIE DAWKINS DAVIS
United States District Judge

HON. CURTIS IVY, JR.
United States Magistrate Judge

_____

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, Andre D. Sims, and states:

1. Defendant is charged in this case with murder for-hire resulting in personal injury, using, carrying, brandishing and/or discharging a firearm during and in relation to a violent crime and felon in possession of a firearm.

2. Defendant is currently incarcerated at Kent County Jail in Grand Rapids, Michigan, in connection with a different case, and is in the custody of the Kent County Sheriff's Department.

3. Defendant's initial appearance has been scheduled for April 19, 2022 at 2:00 p.m. before the Magistrate Judge Curtis Ivy, Jr., at the United States District

1

Courthouse in Flint, Michigan. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Kent County Sheriff's Department, the United States Marshals Service, and any other interested federal law enforcement officer to produce Andre D. Sims before the judicial officer and at the place and time stated above, or any date thereafter as scheduled by the court.

> Respectfully submitted,
>
> Dawn N. Ison
> United States Attorney
>
> s/ANTHONY P. VANCE
> Assistant United States Attorney
> 600 Church Street, Suite 210
> Flint, MI 48502
> Phone: (810) 766-5177
> Email: Anthony.Vance@usdoj.gov

Date: March 18, 2022

## **ORDER**

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition, and that said writ shall remain in effect until it has been discharged in writing by the United States Attorney's Office.

                                                s/Curtis Ivy, Jr.
                                                CURTIS IVY, JR.
                                                United States Magistrate Judge

Date: March 18, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

           Plaintiff,

v.

ANDRE D. SIMS,
    a.k.a. Dre,

           Defendant.

CASE NO: 22-CR-20154

HON. STEPHANIE DAWKINS DAVIS
United States District Judge

HON. CURTIS IVY, JR.
United States Magistrate Judge

_____

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

**TO:** **The Kent County Sheriff's Department, the United States Marshals Service, and any other interested federal law enforcement officer.**

Pursuant to the foregoing petition and order, you are directed to produce defendant Andre D. Sims, before the Magistrate Judge Curtis Ivy, Jr. at the United States District Courthouse, Flint, Michigan, on April 19, 2022, at 2:00 p.m. or any date thereafter as scheduled by the court, for his initial appearance; and you are also directed to return Andre D. Sims to the facility in which he is currently incarcerated when his presence before this Court is no longer required, and upon written notification by the United States Attorney's Office that the writ may be discharged.

    KINIKIA D. ESSIX, Clerk of Court

                                        By:    s/Kristen C. MacKay
                                                    Deputy Clerk

1. I have executed this Writ as directed.   Date: _____
U.S. MARSHAL'S SERVICE by: _____, Deputy Marshal
2. This Writ is returned unexecuted for the following reason: _____. Date: _____
U.S. MARSHAL'S SERVICE#by: _____, Deputy Marshal#

˘ 4 ˘